■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN STEYN, Appellant.—Appeal by the defendant from four judgments of the Supreme Court, Kings County (Owens, J.), all rendered February 14, 1986, convicting him of robbery in the first degree (two counts; one each under indictments Nos. 5106/85 and 5158/85), and robbery in the second degree (two counts; one each under indictments Nos. 6685/84 and 1033/85), upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, J. P., Brown, Lawrence, Weinstein and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARNOLD TAYLOR, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (McInerney, J.), rendered May 10, 1985, convicting him of criminal possession of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Thompson, J. P., Niehoff, Eiber, Sullivan and Harwood, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINDA FLETCHER VALENTINE, Appellant.—Appeal by the defendant from a judgment of the County Court, Orange County (Miller, J.), rendered September 14, 1984.

Ordered that the judgment is affirmed (see, People v Pellegrino, 60 NY2d 636; People v Harris, 61 NY2d 9; People v Kazepis, 101 AD2d 816). Mangano, J. P., Brown, Lawrence, Weinstein and Kunzeman, JJ., concur.